Case 2:07-cv-06045-GHK-CW   Document 30   Filed 01/14/09   Page 1 of 5   Page ID #:67

```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK KORTUM
    Assistant United States Attorney
 6  California Bar No. 110984
         United States Courthouse
 7       312 N. Spring Street, Suite 1400        E-FILED 04-14-09
         Los Angeles, California 90012                JS-6
 8       Telephone:  (213) 894-5710
         Facsimile:  (213) 894-7177
 9       Email:      frank.kortum@usdoj.gov

10  Attorneys for Plaintiff
    United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>REAL PROPERTY IN SYLMAR, CALIFORNIA,<br><br>        Defendant.<br><br>CIRINO MELERO and ESPERANZA MELERO,<br><br>        Claimants. | NO. CV 07-6045-GHK (CWx)<br><br>[~~PROPOSED~~]<br><br>**CONSENT JUDGMENT**<br><br>[NOTICE OF LODGING CONSENT JUDGMENT LODGED CONCURRENTLY HEREWITH] |

On September 18, 2007, plaintiff United States of America ("plaintiff" or the "government") filed a Complaint for Forfeiture

1 against the defendant real property[1] located at 13370 Dronfield
2 Street, Sylmar, California 91342 (the "defendant property").  The
3 government alleged that the defendant property was subject to
4 forfeiture pursuant to 21 U.S.C. § 881(7).

5   Claimants Cirino Melero and Esperanza Melero (collectively
6 "claimants") filed verified claims and answers on December 28, 2007.
7 No other claims, statements of interest, or answers have been filed,
8 and the time for filing claims, statements, and answers has expired.

9   The government and claimants have agreed to settle this
10 forfeiture action and to avoid further litigation.

11   The Court having been duly advised of and having considered
12 the matter, and based upon the consent of plaintiff and claimants,

13   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

14   1. This Court has jurisdiction over this action pursuant to
15 28 U.S.C. §§ 1345 and 1355.

16   2. The Complaint for Forfeiture states a claim for relief
17 pursuant to 21 U.S.C. § 881(7).

18   3. Notice of this action has been given as required by law.
19 Claimants filed the only claims and answers.  The Court deems that
20 all other potential claimants admit the allegations of the Complaint

---

[1] The legal description of the defendant real property (Assessor's Parcel No. 2504-012-025) is described as:  Parcel "B" of parcel map L.A. No. 2548, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 46 page(s) 100 of parcel maps, in the Office of the County Recorder of said county.  Also except therefrom an undivided one-half of all oil, gas, minerals, and hydrocarbon substances in and under said land, as reserved in the deed from Sylmar Packing Corporation, recorded December 10, 1946 in Book 23916 page 395, official records.

1 | for Forfeiture to be true.
2 |     4. Claimants agree to forfeiture as set out below.  A
3 | judgment of forfeiture is hereby entered in favor of the United
4 | States, which shall dispose of the following defendant property in
5 | accordance with the law:
6 |     (A)  The defendant real property shall be appraised by the
7 |     government.
8 |     (B)  Upon receipt of the appraisal, claimants shall pay to
9 |     the government, as a settlement, forty-five percent (45%) of
10 |     the current appraised value, which shall be condemned and
11 |     forfeited to the United States in accordance with law.
12 |     Payment shall be made in the form of a cashier's check
13 |     payable to the United States Treasury Department.  The
14 |     cashier's check shall be delivered to Assistant United States
15 |     Attorney Frank D. Kortum at United States Courthouse, 411
16 |     West Fourth Street, Suite 8000, Santa Ana, California 92701.
17 |     (C)  Thereafter, the government shall file an original
18 |     withdrawal of <u>lis pendens</u>, which shall be recorded in the Los
19 |     Angeles Recorder's Office.
20 |     5. Claimants will execute further documents, to the extent
21 | necessary, to convey clear title to the defendant property
22 | and to further implement the terms of this Consent Judgment.
23 |     6. Claimants waive the redacting and sealing requirements
24 | of L.R. 79-5.4.
25 | //
26 | //
27 | //
28 |

1    7. Claimants hereby release the United States of America,
2 its agencies, officers, and employees, including employees of the
3 Drug Enforcement Agency, and local law enforcement agencies, their
4 agents, officers, and employees, from any and all claims, actions,
5 or liabilities arising out of or related to this action, including,
6 without limitation, any claim for attorneys' fees, costs, or
7 interest on behalf of claimants, whether pursuant to 28 U.S.C. §
8 2465 or otherwise.
9    8. The Court finds that there was reasonable cause for the
10 institution of these proceedings against the defendant real
11 property.  This judgment shall be construed as a certificate of
12 reasonable cause pursuant to 28 U.S.C. § 2465.
13    9. The Court further finds that claimants did not
14 substantially prevail in this action, and the parties shall bear
15 their own attorneys' fees and other costs of litigation.
16 DATED: January 14 , 2009
17                                    _____
                                     THE HONORABLE GEORGE H. KING
                                     UNITED STATES DISTRICT JUDGE
18
19
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

4

|   |   |
|---|---|
| 1 | <u>CONSENT</u> |
| 2 | The government and claimants consent to judgment and waive |
| 3 | any right to appeal. |

DATED: January 5, 2009               THOMAS P. O'BRIEN
                                     United States Attorney
                                     CHRISTINE C. EWELL
                                     Assistant United States Attorney
                                     Chief, Criminal Division
                                     STEVEN R. WELK
                                     Assistant United States Attorney
                                     Chief, Asset Forfeiture Section

                                              /s/
                                     _____
                                     FRANK D. KORTUM
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     United States of America

DATED: January 4, 2009               LAW OFFICES OF DONOVAN J. DUNNION

                                              /s/
                                     _____
                                     DONOVAN J. DUNNION

                                     Attorney for Claimants
                                     Cirino Melero and Esperanza Melero